**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TRACY CHILDERS,**

    Plaintiff(s),

**CASE NO. 3:10-cv-154**

-vs-

**District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

---

**JUDGMENT IN A CIVIL CASE**

---

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the ALJ's Non-Disability Finding is not supported by substantial evidence and is **REVERSED**; this matter is **REMANDED** to the Administrative Law Judge under the fourth sentence of 42 U.S.C. 405(g); and this case is **CLOSED**.

Date: April 29, 2011

**JAMES BONINI, CLERK**

By: s/ M. Rogers
Deputy Clerk